Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NATIONAL ABILITY S.A.,

                Plaintiff,

   - against -

TINNA OILS & CHEMICALS LTD. and TINNA FINEX
LTD.,

                Defendants.
-------------------------------------------------------------------X

'07 CIV 9913

07 Civ. _____

ECF CASE

RECEIVED NOV 09 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: November 9, 2007
       Southport, CT

                        The Plaintiff,
                        NATIONAL ABILITY S.A.

                        By: _____
                        Nancy R. Peterson (NP 2871)
                        Patrick F. Lennon (PL 2162)
                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Ave., Suite 300
                        New York, NY 10170
                        (212) 490-6050
                        facsimile (212) 490-6070
                        nrp@lenmur.com
                        pfl@lenmur.com