UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ABILITY S.A., <br><br> Plaintiff, <br><br> - against - <br><br> TINNA OILS & CHEMICALS LTD., TINNA FINEX LTD., TINNA GROUP, TINNA AGRO INDUSTRIES LTD., ADM INTEROCEANIC LIMITED, ADM COCOA PTE. LTD. and ARCHER DANIELS MIDLAND SINGAPORE PTE LTD.; <br><br> Defendants. | Case No. 07 Civ. 9913 <br><br> **RULE 7.1 STATEMENT** |

### ADM COCOA PTE. LTD. RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ADM Cocoa Pte. Ltd. ("ADM Cocoa"), a defendant in the above captioned action, certifies that the following is a parent corporation:

ADM Singapore Pte. Ltd.

The undersigned counsel for ADM Cocoa further certifies that the following are publically held corporations owning ten percent or more of its stock:

None.

Dated: New York, New York.
April 7, 2008

BAKER & McKENZIE LLP

By: _____
Richard A. De Palma (RD 2818)
Christina M. Wilson (CW 0076)
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4100

*Attorneys for Defendant*
ADM Cocoa Pte. Ltd.

To:  Nancy R. Peterson
Patrick F. Lennon
Lennon, Murphy & Lennon, LLC
420 Lexington Ave., Suite 300
New York, New York 10170
(212) 490-6050

*Attorneys for Plaintiff*
National Ability S.A.