UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NATIONAL ABILITY S.A.,                          :
                                                :
                    Plaintiff,        :        07 Civ. 09913(AKH)
                                                :
- against -                                     :        ECF CASE
                                                :
TINNA OILS & CHEMICALS LTD. and TINNA FINEX     :
LTD.,                                           :
                                                :
                    Defendants.      :
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

State of Connecticut  )
                      )   ss:    Town of Southport
County of Fairfield   )

      NANCY R. PETERSON, having been duly sworn, deposes and states the following under oath:

      1.      I am a member in good standing of the Bar of this Court and an attorney in the law firm of Lennon, Murphy & Lennon, LLC, which represents the interests of the Plaintiff herein.

      2.      Service of the Summons, Complaint, Amended Complaint, Affidavits in Support, Rule 7.1 Statement, Ex-Parte Order, and Process of Maritime Attachment in the instant action, was made on the Defendants Tinna Oils & Chemicals Ltd, Tinna Finex Ltd. and ADM Cocoa PTE LTD. by DHL courier on March 10, 2008 pursuant to Rule B(2)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims. *See DHL Confirmation Sheets annexed hereto as Exhibits "1" and "2"*

3. DHL confirmed that Defendants Tinna Oils & Chemicals Ltd and Tinna Finex Ltd. received the above on March 14, 2008. Further DHL confirmed the Defendant ADM Cocoa PTE LTD. received the above on March 13, 2008.

4. Service of the Summons, Complaint, Amended Complaint, Affidavits in Support, Rule 7.1 Statement, Ex-Parte Order, and Process of Maritime Attachment in the instant action, was made on the Defendants Tinna Oils & Chemicals Ltd, Tinna Finex Ltd. and ADM Cocoa PTE LTD. by Facsimile on March 11, 2008 pursuant to Rule B(2)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims. *See Facsimile Confirmation Sheets annexed hereto as Exhibits "3" and " 4"*

Dated: Southport, CT
May 2, 2007

_____
Nancy R. Peterson

Sworn to and subscribed before me this
2nd day of May 2008.

_____
Notary Public