EXHIBIT 1



| | | |
|---|---|---|
| | Create New International Shipment | View International Pending Shipments |
| | | Rate Estimate: 32.89 |
| **SENDER'S RECEIPT** | | Protection: None Required   Amount: $0 |
| Airbill#: | 8876719294 | Description: legal documents |
| To(Company): | | Weight: Letter |
| ADM Cocoa PTE LTD | | Dimensions: 0 X 0 X 0 |
| 342. Jalan Boon Lay | | Ship Ref: 1233 |
| Sinapore, 619527 | | Service Level: International Express |
| SINGAPORE | | (Est. delivery is within two business days of customs clearance) |
| Attention To: | Sir or Madam | Special Service: |
| Phone#: | 65 6264 2611 | Date Printed: 2008-03-10 |
| Sent By: | Lennon, Murphy and Lennon | Bill Shipment To: Sender |
| Phone#: | 203-256-8600 | Bill To Account: 803172641 |
| | | Ship Date: 2008-03-10 |

DHL Signature (optional)_____   Route____ Date____ Time____



For Tracking, please go to www.dhl-usa.com or call 1-800-CALL-DHL
Thank you for shipping with DHL Worldwide Express



# Track results detail

▶ Print this page

## Tracking results detail for 8876719294

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 3/14/2008  11:51 am |
| Delivered to | | |
| Signed for by | | **BACHOK** |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 3/14/2008 | 11:51 am | Shipment delivered. | Singapore, Singapore |
| | 10:14 am | With delivery courier. | Singapore, Singapore |
| | 6:58 am | Arrived at DHL facility. | Singapore, Singapore |
| | 5:36 am | Depart Facility | Singapore - Hub, Singapore |
| | 4:06 am | Processed at DHL Location. | Singapore - Hub, Singapore |
| 3/13/2008 | 7:10 pm | Transit through DHL facility | Singapore - Hub, Singapore |
| 3/11/2008 | 10:03 am | Depart Facility | Los Angeles Gateway, CA |
| | 9:27 am | Processed at DHL Location. | Los Angeles Gateway, CA |
| | 6:59 am | Transit through DHL facility | Los Angeles Gateway, CA |
| | 5:56 am | Depart Facility | Wilmington, OH |
| | 2:20 am | Transit through DHL facility | Wilmington, OH |
| | 2:15 am | In transit. | Wilmington, OH |
| 3/10/2008 | 11:44 pm | Depart Facility | New York City Gateway, NY |
| | 10:24 pm | Depart Facility | Norwalk, CT |
| | 9:24 pm | Departing origin. | Norwalk, CT |
| | 9:22 pm | Processed at DHL Location. | Norwalk, CT |
| | 5:54 pm | Shipment picked up | Norwalk, CT |

**Ship From:**
LENNON MURPHY & LENNON
Southport, CT  06890
United States

**Ship To:**
Sinapore, Singapore

**Shipment Information:**
Ship date: 3/10/2008
Pieces: 1
Total weight:  *

Ship Type:
Shipment Reference: 1233
Service: Express
Special Service:
Description: LEGAL DOCUMENTS

Tracking detail provided by DHL: 5/1/2008, 11:25:48 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.