EXHIBIT 2

Airbill: 8876723660                                                                 Page 1 of 1



| | |
|---|---|
| **SENDER'S RECEIPT** | |
| Airbill#: 8876723660 | |
| To(Company): | |
| Tinna | |
| No. 6 Sultanpur | |
| Mandi Toad, Mehrauli | |
| New Delhi, 110030 | |
| INDIA | |
| Attention To: Sir or Madam | |
| Phone#: 91-11-3295-9599 | |
| Sent By: Lennon, Murphy and Lennon | |
| Phone#: 203-256-8600 | |

Create New International Shipment    View International Pending Shipments

| | |
|---|---|
| Rate Estimate: | 36.59 |
| Protection: | None Required   Amount: $0 |
| Description: | legal documents |
| Weight: | Letter |
| Dimensions: | 0 X 0 X 0 |
| Ship Ref: | 1233 |
| Service Level: | International Express |
| (Est. delivery is within two business days of customs clearance) | |
| Special Service: | |
| Date Printed: | 2008-03-10 |
| Bill Shipment To: | Sender |
| Bill To Account: | 803172641 |
| Ship Date: | 2008-03-10 |

DHL Signature (optional)_____    Route____ Date____ Time____



For Tracking, please go to www.dhl-usa.com or call 1-800-CALL-DHL
Thank you for shipping with DHL Worldwide Express

https://www.wwexship.com/wwxchange/Label?id=8876723660                 3/10/2008



# Track results detail

▸ Print this page

## Tracking results detail for 8876723660

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 3/13/2008  10:35 am |
| Delivered to | |
| Signed for by | STAMP |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 3/13/2008 | 10:35 am | Shipment delivered. | Delhi (new Delhi), India |
| | 8:45 am | With delivery courier. | Delhi (new Delhi), India |
| | 7:35 am | Arrived at DHL facility. | Delhi (new Delhi), India |
| | 6:57 am | Depart Facility | Delhi (new Delhi), India |
| | 6:44 am | Processed at DHL Location. | Delhi (new Delhi), India |
| 3/12/2008 | 11:55 pm | Processed at DHL Location. | Delhi (new Delhi), India |
| | 9:50 pm | Transit through DHL facility | Delhi (new Delhi), India |
| 3/11/2008 | 10:16 pm | Depart Facility | New York City Gateway, NY |
| | 7:56 am | Transit through DHL facility | New York City Gateway, NY |
| | 6:41 am | Depart Facility | Wilmington, OH |
| | 2:20 am | Transit through DHL facility | Wilmington, OH |
| | 2:17 am | In transit. | Wilmington, OH |
| 3/10/2008 | 11:44 pm | Depart Facility | New York City Gateway, NY |
| | 10:24 pm | Depart Facility | Norwalk, CT |
| | 9:24 pm | Departing origin. | Norwalk, CT |
| | 9:22 pm | Processed at DHL Location. | Norwalk, CT |
| | 5:54 pm | Shipment picked up | Norwalk, CT |

**Ship From:**
LENNON MURPHY & LENNON
Southport, CT  06890
United States

**Ship To:**
New Delhi, India

**Shipment Information:**
Ship date: 3/10/2008
Pieces: 1
Total weight:  *
Ship Type:
Shipment Reference: 1233
Service: Express
Special Service:
Description: LEGAL DOCUMENTS

Tracking detail provided by DHL: 5/1/2008, 11:26:15 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.