EXHIBIT 3

```
* * * Communication Result Report ( Mar. 11. 2008 10:30AM ) * * *
                                              1) Lennon, Murphy & Lennon LLC
                                              2) Tide Mill Landing, Southport
```

Date/Time: Mar. 11. 2008 10:15AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 3735 | Memory TX | 0116562656126 | P. 69 | OK | |

```
Reason for error
  E. 1) Hang up or line fail        E. 2) Busy
  E. 3) No answer                   E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size
```

**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

March 10, 2008

<u>Via Facsimile 011 91-11-2680-0233 and Express Courier</u>
Tinna Oils & Chemicals Ltd
No. 6 Sultanpur
Mandi Toad, Mehrauli
New Delhi, 110030
India

Tinna Finex Ltd.
No. 6 Sultanpur
Mandi Toad, Mehrauli
New Delhi, 110030
India

<u>Via Facsimile 011 65 0 6265 6126 and Express Courier</u>
ADMCocoa PTE. LTD.
342, Jalan Boon Lay,
Singapore 619527

Re:  National Ability S.A. v. Tinna Oils & Chemicals Ltd. and Tinna Finex Ltd., Tinna Group, Tinna Agro Industries Ltd., ADM Interoceanic Limited, ADM Cocoa PTE. LTD., and Archer Daniels Midland Singapore PTE LTD.
Docket Number: 07 Civ. 9913
Our Reference Number: 07-1233

Dear Sir or Madam:

We represent the Plaintiff, National Ability S.A. in the above referenced lawsuit. We write to advise you that pursuant to an Ex Parte Order of Maritime Attachment and Garnishment issued in the above referenced lawsuit, your property was attached at Citibank on or about March 6, 2008 in the amounts of $148,402.75, $128,380.00 and $102,830.71 and March 10, 2008 in the amounts of $80,250.96, $80,388.50, $636,866.03, $12,920.73 and $187,057.50. Your property was further attached at HSBC on or about March 7, 2008 in the amounts of $28,116.68 and $28,121.28.

Please find attached to this letter the following documents filed and/or issued in the above referenced lawsuit including, the Summons, Complaint, Amended Complaint, Affidavits in Support, Rule 7.1 Statement, Ex Parte Order of Maritime Attachment and Garnishment and Process of Attachment. Please also find attached hereto the Individual Rules for the Honorable Judge Alvin K. Hellerstein.

Should you have any questions or concerns, please contact us at your convenience.

This letter is sent pursuant to Local Rule B.2 of the Local Rules for the United States District Court for the Southern District of New York.

Very truly yours,

Mary Fedorchak

mef/bhs
/enclosure