USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

# LENNON, MURPHY & LENNON, LLC – Attorneys at Law

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
fax (203) 256-8515

Patrick F. Lennon - *pfl@lenmur.com*
Charles E. Murphy - *cem@lenmur.com*
Kevin J. Lennon - *kjl@lenmur.com*
Nancy R. Siegel - *nrs@lenmur.com*
Anne C. LeVasseur - *acl@lenmur.com*
Coleen A. McEvoy - *cam@lenmur.com*

Tide Mill Landing
2425 Post Road
Southport, CT 06890
phone (203) 256-8600

July 14, 2008

RECEIVED
JUL 14 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

**By Hand Delivery**
Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1581

    Re:    NATIONAL ABILITY S.A., v. TINNA OILS & CHEMICALS LTD., TINNA FINEX LTD., TINNA GROUP, TINNA AGRO INDUSTRIES LTD., ADM INTEROCEANIC LIMITED, ADM COCOA PTE. LTD., and ARCHER DANIELS MIDLAND SINGAPORE PTE LTD.,
          **07 Civ. 09913 (AKH)**
          Our Ref: 07-1233

Dear Judge Hellerstein:

    We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. We write to provide the Court with a status update in the above captioned matter and to request that Plaintiff be allowed to file a Second Amended Complaint which would demand judgment be entered against the Defendants, TINNA OILS & CHEMICALS LTD., TINNA FINEX LTD., TINNA GROUP, TINNA AGRO INDUSTRIES LTD., ADM INTEROCEANIC LIMITED, ADM COCOA PTE. LTD., and ARCHER DANIELS MIDLAND SINGAPORE PTE LTD., in the instant action.

    Plaintiff initiated this action on November 9, 2007 by filing a Complaint. On November 9, 2007 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of TINNA OILS & CHEMICALS LTD., TINNA FINEX LTD.'s property in the hands of garnishee banks located within the Southern District of New York.

    On February 28, 2008, the Complaint was amended to include four new entities, who upon information and belief, act as alter-egos of the Defendants, TINNA OILS & CHEMICALS LTD. and TINNA FINEX LTD.

    Defendants' property was restrained by Citibank in the total amount of $2,315,832.96.

    Notice has been provided to Defendants, together with copies of Summons, Complaint, Ex-Parte Order and Process of Maritime Attachment and Garnishment. Only Defendant ADM COCOA PTE. LTD. has appeared at this time. The other Defendants have not appeared.

The underlying arbitration award and award of costs has been updated by Plaintiff's filing a Claim for English Judgment on June 26, 2008 to include new amounts. Please find attached hereto a copy of the proposed Second Amended Complaint for your Honor's review.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully submitted,

Coleen McEvoy /MEM

Coleen A. McEvoy

Cc: Baker & McKenzie LLP
    Via Facsimile (212) 310-1600