UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATIONAL ABILITY S.A.,

                Plaintiff,

- against -

TINNA OILS & CHEMICALS LTD., TINNA FINEX
LTD., TINNA GROUP, TINNA AGRO INDUSTRIES
LTD., ADM INTEROCEANIC LIMITED, ADM COCOA
PTE. LTD., and ARCHER DANIELS MIDLAND
SINGAPORE PTE LTD.,

                Defendants.
------------------------------------------------------------X

07 Civ. 09913 (AKH)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

### SECOND AMENDED ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Second Amended Affidavit of Coleen A. McEvoy, sworn to on July 16, 2008, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson, Anne C. LeVasseur, Coleen A. McEvoy or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, or any process server employed by Gotham Process Servers, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Second Amended Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendants.

Dated: New York, NY
       July 16, 2008

                                                   _____
                                                   U.S.D.J.

Part I