UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL ABILITY S.A., | Case No. 07 Civ. 9913 |
| Plaintiff, | |
| - against - | RULE 7.1 STATEMENT OF TINNA OILS & CHEMICALS LTD. |
| TINNA OILS & CHEMICALS LTD., TINNA FINEX LTD., TINNA GROUP, TINNA AGRO INDUSTRIES LTD., ADM INTEROCEANIC LIMITED, ADM COCOA PTE. LTD. and ARCHER DANIELS MIDLAND SINGAPORE PTE LTD.; | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Tinna Oils & Chemicals Ltd. ("TOCL"), a defendant in the above captioned action, certifies that its direct parent companies are:

Tinna Finex Ltd. and ADM Interoceanic Ltd.

The undersigned counsel for TOCL further certifies that the following are publically held corporations owning ten percent or more of its stock:

None. However, the ultimate parent company of ADM Interoceanic Ltd. is Archer Daniels Midland Company which is a publicly held corporation.

Dated: New York, New York.
      August 6, 2008

BAKER & McKENZIE LLP

By:  s/ Richard A. De Palma
     Richard A. De Palma (RD 2818)
     Christina M. Wilson (CW 0076)
     1114 Avenue of the Americas
     New York, New York 10036
     (212) 626-4100

     *Attorneys for Defendants*
     ADM Cocoa Pte. Ltd. and
     Tinna Oils & Chemicals Ltd.