# Exhibit D

13.08.98

Present: Mr. A.S. Chandiok Sr. Adv. with Ms. Puja
Jain and Ms. Sunita Dutt for the plaintiff

O.M.P. No.173/98

Notice to the respondent returnable on 27th October, 1998.

In the meanwhile, looking to the facts and circumstances of the case, I deem it appropriate to appoint a Local Commissioner. I, accordingly, appoint Mr. Yogesh Kalra, advocate as Local Commissioner. He is directed to visit the factory premises of the respondent and prepare an inventory of all the movable assets and try to ascertain about other immovable assets, which are in the name of the respondent. In the meanwhile, there will be stay in terms of prayer 'C' of the application. The Local Commissioner may be paid Rs. 5000/- by the plaintiff. The report of the Local Commissioner be filed within a week from today. Dasti.

Dalveer Bhandari, J.

August 13, 1998
'j'

*Already fixed for 27/10/*
*[illegible handwritten notes]*