# Exhibit F

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-09913-AKH

National Ability S.A. v. Tinna Oils & Chemicals, Ltd. et al
Assigned to: Judge Alvin K. Hellerstein
Demand: $2,316,000
Cause: 28:1333 Admiralty

Date Filed: 11/09/2007
Jury Demand: None
Nature of Suit: 120 Contract: Marine
Jurisdiction: Federal Question

**Plaintiff**

**National Ability S.A.**     represented by **Nancy Rebecca Siegel**
Lennon, Murphy & Lennon, LLC
The GrayBar Building
420 Lexington Avenue
Suite 300
New York, NY 10170
(212) 490-6050
Fax: (212) 490-6070
Email: nrs@lenmur.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick F. Lennon**
Lennon, Murphy & Lennon, LLC
The GrayBar Building
420 Lexington Avenue
Suite 300
New York, NY 10170
(212) 490-6050
Fax: (212) 490-6070
Email: pfl@lenmur.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tinna Oils & Chemicals, Ltd.**

**Defendant**

**Tinna Finex, Ltd.**

**Defendant**

**Tinna Group**

**Defendant**

**Tinna Agro Industries Ltd.**

**Defendant**

**ADM Interoceanic Limited**

**Defendant**

**ADM Cocoa Pte. Ltd.**　　　　　　　　　　represented by **Richard Anthony De Palma**
Baker & McKenzie (NY)
1114 Avenue of the Americas
4th Floor
New York, NY 10035
212-626-4590
Fax: 212-626-4120
Email: Richard.Depalma@bakernet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Archer Daniels Midland Singapore Pte Ltd.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2007 | 1 | COMPLAINT against Tinna Oils & Chemicals, Ltd., Tinna Finex, Ltd.. (Filing Fee $ 350.00, Receipt Number 632295)Document filed by National Ability S.A.(tro) (Entered: 11/13/2007) |
| 11/09/2007 | | SUMMONS ISSUED as to Tinna Oils & Chemicals, Ltd., Tinna Finex, Ltd. (tro) (Entered: 11/13/2007) |
| 11/09/2007 | | Magistrate Judge Kevin N. Fox is so designated. (tro) (Entered: 11/13/2007) |
| 11/09/2007 | | Case Designated ECF. (tro) (Entered: 11/13/2007) |
| 11/09/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by National Ability S.A.(tro) (Entered: 11/13/2007) |
| 11/09/2007 | | MARITIME ATTACHMENT AND GARNISHMENT ISSUED as to Tinna Oils & Chemicals, Ltd., Tinna Finex, Ltd. on 11/9/07 in the amount of $2,336.464.17. (tro) (Entered: 11/13/2007) |
| 11/09/2007 | 4 | EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT ADN GARNISHMENT process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by, or being held for the Defendant by any garnishees within this District, pursuant to Supplemental Admiralty Rule B. Any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to an adversary hearing within three court days, subject to this Court's modification. Supplemental process enforcing this Court's order may be issued by the Clerk upon application within 30 days without further order of the Court. A copy of this Order be attached to and served with the Process of Maritime Attachment and Garnishment. If any of the Defendant's property is attached, the Plaintiff shall give prompt notice to the Defendant of the attachment. Such notice shall be in writing, and may be given outside of the District by telex, telegram, cable, fax, or other verifiable electronic means. (Signed by Judge Alvin K. Hellerstein on 11/9/07) (jco) (Entered: 11/26/2007) |
| 11/14/2007 | 3 | AFFIDAVIT of Nancy Peterson in Support. Document filed by National Ability S.A.. (Peterson, Nancy) (Entered: 11/14/2007) |

| | | |
|---|---|---|
| 02/28/2008 | 5 | AMENDED COMPLAINT amending 1 Complaint against Tinna Group, Tinna Agro Industries Ltd., ADM Interoceanic Limited, ADM Cocoa Pte. Ltd., Archer Daniels Midland Singapore Pte Ltd., Tinna Oils & Chemicals, Ltd., Tinna Finex, Ltd..Document filed by National Ability S.A.. Related document: 1 Complaint filed by National Ability S.A..(dle) (Entered: 03/03/2008) |
| 02/28/2008 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney for noncompliance with Section (3) of the S.D.N.Y. 3rd Amended Instructions For Filing An Electronic Case or Appeal and Section 1(d) of the S.D.N.Y. Procedures For Electronic Case Filing. E-MAIL the PDF for Document 5 Amended Complaint, to: case_openings@nysd.uscourts.gov. (dle) (Entered: 03/03/2008) |
| 02/28/2008 | | MARITIME ATTACHMENT AND GARNISHMENT ISSUED as to Tinna Group, Tinna Agro Industries Ltd., ADM Interoceanic Limited, ADM Cocoa Pte. Ltd., Archer Daniels Midland Singapore Pte Ltd., Tinna Oils & Chemicals, Ltd., Tinna Finex, Ltd. on 2/28/08 in the amount of $2,336,464.17. (jco) (Entered: 03/04/2008) |
| 02/28/2008 | 7 | EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for the Defendant by any garnishees within this District, pursuant to Supplemental Admiralty Rule B. Any person claiming interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiffs shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted. Supplemental process enforcing the Courts Order may be issued by the Clerk upon application within 30 days without further order of the Court. A copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment. If any of the Defendants property is attached, the Plaintiff shall give prompt notice to the Defendant of the attachment. Such notice shall be in writing, and may be given outside of the District by telex, telegram, cable, fax, or other verifiable electronic means. (Signed by Judge Alvin K. Hellerstein on 2/28/08) (jco) (Entered: 03/04/2008) |
| 02/28/2008 | 8 | ORDER APPOINTING PROCESS SERVER that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson, or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, or any process server employed by Gotham Process Servers, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishees(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendants. (Signed by Judge Alvin K. Hellerstein on 2/28/08) (jco) (Entered: 03/04/2008) |
| 03/03/2008 | 6 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Nancy R. Siegel dated 2/29/08 re: Counsel for plaintiff requests that this matter be placed on the suspense calendar. If the defendants appear at a later date they may request a conference at that time. ENDORSEMENT: The time within which to perfect attachments and/or effect service is enlarged to June 30, 2008. Failure as to accomplish will be cause for dismissal. (Signed by Judge Alvin K. Hellerstein on 3/3/08) (js) (Entered: 03/03/2008) |
| 04/04/2008 | 9 | ANSWER to Complaint. Document filed by ADM Cocoa Pte. Ltd..(De Palma, Richard) (Entered: 04/04/2008) |
| 04/07/2008 | 10 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying ADM Singapore Pte. Ltd. as Corporate Parent. Document filed by ADM Cocoa Pte. Ltd..(De Palma, Richard) (Entered: 04/07/2008) |
| 05/02/2008 | 11 | AFFIDAVIT of Nancy R. Peterson. Document filed by National Ability S.A.. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Peterson, Nancy) (Entered: 05/02/2008) |
| 07/15/2008 | 12 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Coleen A. McEvoy dated 7/14/08 re: Counsel for plaintiff's provide the Court with status of this action and a request to file a 2nd Amended Complaint which would demand judgment as to certain defendants. ENDORSEMENT: Motion granted. (Signed by Judge Alvin K. Hellerstein on 7/15/08) (db) (Entered: 07/15/2008) |
| 07/16/2008 | 13 | SECOND AMENDED EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, that Pursuant to Rule B of the Supplemental Rule for Certain Admiralty and Maritime Claims, the Clerk of Court shall issue Process of Maritime Attachment and Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading, effects, debts and monies, electronic funds transfers, freights, sub-freights, charter hire, sub-charter hire or any other funds or property up to the amount of $2,782,491.77 belonging to, due or being transferred to, from, or for the benefit of the Defendant's including but not limited to such property as may be held, received or transferred in Defendant's name or as may be held, received or transferred for its benefit at, moving through, or within the possession, custody or control of banking/financial institutions and/ or other institutions or such other garnishee(s) to be named on whom a copy of the Process of Maritime Attachment and Garnishment may served; and it is further ORDERED, that supplemental process enforcing the Court's may be issued by the Clerk upon application of the plaintiff without further Order of the Court; and it is further ORDERED, that following the initial service upon any garnishee by the United States Marshal or any other designated by Order to maker service in this action, supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee; and it is further ORDERED that service on garnishee as described above is deemed effective continuous service throughout the remainder of the day from the time of which service is made commencing from the time of such service, and such service is further deemed to be effective through the end of the next business day provided that another service is made that day; and it is further ORDERED that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means. SO ORDERED. re: 7 Order Issuing Maritime Attachment and Garnishment. (Signed by Judge Laura Taylor Swain on 7/16/2008) (jmi) (Entered: 07/17/2008) |
| 07/16/2008 | 14 | SECOND AMENDED ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c) that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson, Anne C. LeVasseur, Coleen A. McEvoy or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, including Gotham Process Servers, be and is hereby, appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Amended Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishees(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendant. (Signed by Judge Laura Taylor Swain on 7/16/2008 Part I) (jmi) (Entered: 07/17/2008) |
| 07/16/2008 | | MARITIME ATTACHMENT AND GARNISHMENT ISSUED as to Tinna Group, Tinna Agro Industries Ltd., ADM Interoceanic Limited, ADM Cocoa Pte. Ltd., Archer Daniels Midland Singapore Pte Ltd., Tinna Oils & Chemicals, Ltd., Tinna Finex, Ltd. on 7/16/08 in the amount of $2,782,491.77. (djc) (Entered: 07/18/2008) |
| 07/16/2008 | 15 | AMENDED COMPLAINT amending 5 Amended Complaint, against Tinna Group, Tinna Agro Industries Ltd., ADM Interoceanic Limited, ADM Cocoa Pte. Ltd., Archer Daniels Midland Singapore Pte Ltd., Tinna Oils & Chemicals, Ltd., Tinna Finex, Ltd..Document filed |

| | |
|---|---|
| | by National Ability S.A.. Related document: 5 Amended Complaint, filed by National Ability S.A..(jmi) (Additional attachment(s) added on 7/31/2008: # 1 Exhibit, # 2 Exhibit) (dle). (Entered: 07/18/2008) |
| 07/16/2008 | SUMMONS ISSUED as to Tinna Group, Tinna Agro Industries Ltd., ADM Interoceanic Limited, ADM Cocoa Pte. Ltd., Archer Daniels Midland Singapore Pte Ltd., Tinna Oils & Chemicals, Ltd., Tinna Finex, Ltd.. (jmi) (Entered: 07/18/2008) |
| 07/18/2008 | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Patrick F. Lennon and Nancy Rebecca Siegel for noncompliance with Section (3) of the S.D.N.Y. 3rd Amended Instructions For Filing An Electronic Case or Appeal and Section 1(d) of the S.D.N.Y. Procedures For Electronic Case Filing. E-MAIL the PDF for Document 15 Amended Complaint, to: case_openings@nysd.uscourts.gov. (jmi) (Entered: 07/18/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/01/2008 15:04:22 | | | |
| PACER Login: | bm0503 | Client Code: | 22088615-000097 |
| Description: | Docket Report | Search Criteria: | 1:07-cv-09913-AKH |
| Billable Pages: | 4 | Cost: | 0.32 |