# Exhibit H

# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Siegel - *nrs@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

February 29, 2008

<u>Via Facsimile (212) 805-7942</u>
Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1581

RECEIVED FEB 29 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 3/3/08

Re:   **National Ability S.A. v. Tinna Oils & Chemicals et. al.**
      Docket #: 07-09913-AKH
      Our Ref: 07-1233

Dear Judge Hellerstein:

As requested your Honor's law clerk, we write to provide the Court with the status of the above-captioned case.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On November 9, 2007 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendants' (Tinna Oil & Chemicals and Tinna Finex) property in the hands of garnishee banks located within the Southern District of New York in the total amount of $2,336,464.17.

The Defendants have not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, none of Defendants' property has been restrained. However, as the Court is likely aware, we have recently amended the Complaint to add five alter-egos of Tinna Oils & Chemicals and Tinna Finex to the action, who upon information and belief will be sending funds through New York.

Hopefully, now that the scope of the attachment has been expanded, Plaintiff will be able to restrain Defendants' property and thereby obtain jurisdiction.

In light of the foregoing, we respectfully request that this matter be placed on the suspense calendar. If the Defendants appear at a later date they may request a conference at that time.

*[Handwritten note:]* The time within which to perfect attachments and/or to effect service is enlarged to June 30, 2008. Failure so to accomplish will be cause for dismissal.

3-3-08
*[signature]* Alvin Hellerstein

      Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court.

      Respectfully Submitted,

*[signature]*
Nancy R. Siegel