# Exhibit J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

NATIONAL ABILITY S.A.,                              :
                                                    :
                              Plaintiff,            :
        -against-                                   :
                                                    :
TINNA OILS & CHEMICALS LTD., TINNA                  :
FINEX LTD., TINNA GROUP, TINNA AGRO                 :
INDUSTRIES LTD., ADM INTEROCEANIC                   :
LIMITED, ADM COCOA PTE LTD., and
ARCHER DANIELS MIDLAND SINGAPORE
PTE LTD.,

                              Defendants.
-------------------------------------------------------------- x

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____              │
│ DATE FILED: 02-28-08                 │
└─────────────────────────────────────┘
```

EX PARTE ORDER FOR
PROCESS OF MARITIME
ATTACHMENT AND
GARNISHMENT

07 Civ. 9913 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        WHEREAS on February 28, 2008 Plaintiff National Ability S.A., filed a

Amended Verified Complaint herein for damages amounting to $2,315,832.96 inclusive of

interest, costs, and attorneys' and arbitrators' fees, and praying for the issuance of an ex parte

order for Process of Maritime Attachment and Garnishment pursuant to Rule B of the

Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules

of Civil Procedure; and

        WHEREAS the attorney for Plaintiff has filed a Supporting Affidavit describing

the efforts made by and on behalf of the Plaintiff to find and serve the Defendant within the

District; and

        WHEREAS the Court has reviewed the Verified Complaint and the Supporting

Affidavit, and the conditions set forth in Supplemental Admiralty Rule B appear to exist; and

        WHEREAS the Process of Maritime Attachment and Garnishment would

command that the United States Marshal or other designated process server attach any and all of

the Defendant's property within the Southern District of New York; it is hereby

1

MICROFILMED

FEB 2 9 2008 → 9:00 AM

ORDERED that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by, or being held for the Defendant by any garnishees within this District, pursuant to Supplemental Admiralty Rule B; and it is further

ORDERED that any person claiming interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to an adversary hearing within three court days, subject to this Court's modification; and it is further

ORDERED that supplemental process enforcing this Court's order may be issued by the Clerk upon application within 30 days without further order of the Court; and it is further

ORDERED that following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be accomplished by email, facsimile transmission, or other verifiable electronic means, provided that such supplemental service accords with the garnishee's written rules or policies regarding service, if any. Such supplemental service shall be deemed to be made within the District if a natural person within the District caused the service to be transmitted to a garnishee having an office within the District; and it is further

ORDERED that service on any garnishee as described above is deemed effective for the length of time and to the extent that the garnishee's written rules or policies so provide; and it is further

ORDERED that a copy of this Order be attached to and served with the Process of Maritime Attachment and Garnishment; and it is further

ORDERED that if any of the Defendant's property is attached, the Plaintiff shall give prompt notice to the Defendant of the attachment. Such notice shall be in writing, and may be given outside of the District by telex, telegram, cable, fax, or other verifiable electronic means.

Dated:    February 28, 2008
          New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

CERTIFIED AS A TRUE COPY ON

THIS DATE 02-28-08

BY _____

( ) Clerk
(✓) Deputy

3

**Kenney, Fred**

| | |
|---|---|
| **From:** | Hopp, Dr. Klaus-Peter |
| **Sent:** | Tuesday, March 11, 2008 12:25 PM |
| **To:** | Joseph, Toks; Kenney, Fred; Ostermann, Douglas |
| **Cc:** | Roberts, Scott; Bandler, Ron; Roney, Scott |
| **Subject:** | AW: Cocoa PTE - OFAC Withholding USD payments |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Thanks, Toks.

Regards.
Peter


-----Ursprüngliche Nachricht-----
Von: Joseph, Toks
Gesendet: Di 11.03.2008 17:45
An: Kenney, Fred; Hopp, Dr. Klaus-Peter
Cc: Roberts, Scott; Bandler, Ron; Roney, Scott
Betreff: Fw: Cocoa PTE - OFAC Withholding USD payments

Gentlemen,

Citi bank received a writ of attachment from the district court of New York. This is the
reason for their witholding debits to the account. I have just spoken to them and the
amount of the writ has been satisfied so debits have resumed.

There was obviously a miscommunication issue by Citi bank as there was never an OFAC issue

*** Fred , Peter i have requested a copy of the writ and will forward it to you as soon as
i get it.

Toks
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Roney, Scott
To: Joseph, Toks
Sent: Tue Mar 11 09:20:31 2008
Subject: FW: Cocoa PTE - OFAC Withholding USD payments

FYI... another minor communication on this.



-----Original Message-----
From: Kane, Robert J [mailto:robert.j.kane@citi.com]
Sent: Tuesday, March 11, 2008 9:00 AM
To: Bandler, Ron
Cc: Roney, Scott; Chrzan, Barbara
Subject: RE: Cocoa PTE - OFAC Withholding USD payments

Barbara and I will get on it asap.

1

```
-----Original Message-----
From: Bandler, Ron [mailto:Bandler@admworld.com]
Sent: Tuesday, March 11, 2008 9:58 AM
To: Kane, Robert J [CMB-GBKG]
Cc: Roney, Scott
Subject: FW: Cocoa PTE - OFAC Withholding USD payments
```

Bob - Here is the email I mentioned.  If you could find out more details on what it is that Citibank has received from OFAC, we would appreciate it.

Regards,
Ron

```
-----Original Message-----
From: Ostermann, Douglas
Sent: Tuesday, March 11, 2008 4:41 AM
To: Bandler, Ron
Cc: Hudson, Rachel
Subject: FW: Cocoa PTE - OFAC Withholding USD payments
```

Ron,

Any specifics on the lawsuit or the notification that Citibank received would be helpful.  Perhaps you can address this with Bob Kane?

Doug

```
-----Original Message-----
From: Hudson, Rachel
Sent: Tuesday, March 11, 2008 10:37 AM
To: Bandler, Ron
Cc: Ostermann, Douglas; Murphy, Derry
Subject: Cocoa PTE - OFAC Withholding USD payments
```

Hi Ron,
We don't have a lot of details on this matter, but Derry suggested that we notify you that OFAC has flagged ADM Cocoa PTE's USD account at Citi and has instructed Citi to stop all payments out of this account. Citi told Noel over the phone that the flag was a result of a pending lawsuit against PTE, but they would not put that information in writing.  We've notified Peter Hopp.  In the meantime USD payments will be paid out of RTC's account instead (Peter has approved this).
-Rachel

```
-----Original Message-----
From: O'Donovan, Noel
Sent: Monday, March 10, 2008 5:38 PM
To: Lim, Bee Leng
Cc: O'Keeffe, Rachel; O'Donovan, Noel; FINCO
Subject: RE: *_1089507MAR08_*Ofac Hit
```

Hi Bee Leng,

I have just been informed by CITI that there is a lawsuit against Cocoa PTE and all payments will be held until the litigation is cleared. I was told the lawsuit is for 2.3M and the plaintiff is National Ability SA. CITI have no further information and cannot fund any payments from Cocoa PTE. Please advise as to further action or let me know if you have any other information,

Regards,
Noel

```
-----Original Message-----
From: Lim, Bee Leng
Sent: 10 March 2008 11:54
```

To: O'Donovan, Noel
Subject: RE: *_1089507MAR08_*Ofac Hit

Hi Noel,
I think it might be somewhere goes wrong on Citibank. Coz these are all
the regular vendor and they never change any bank details recently.
Just for your info, I had rec'd a couple of vendors call up why my
payment to them on 6 Mar, they could not rec'd the fund on last Friday
and even today also.

Now you forward me the PT Agrikom , remind me that PT Agrikom is one of
the vendor who call me today . Another vendor call me up is Deboom for
the amount of USD 148402.75.

Kindly let Citibank aware about this.
Thank you very much.

Regards
BL


-----Original Message-----
From: O'Donovan, Noel
Sent: Monday, March 10, 2008 7:47 PM
To: Lim, Bee Leng
Subject: FW: *_1089507MAR08_*Ofac Hit

FYI

-----Original Message-----
From: GLOBAL.INVESTIGATIONS [mailto:global.investigations@citi.com]
Sent: 08 March 2008 07:29
To: FINCO
Subject: *_1089507MAR08_*Ofac Hit


Citibank e-mail for your reference
000032330003 726
Value Date 06-MAR-08
Originator Ref 000032330003 726
Global ID LCT80660200500
Debit Amnt 128,380.00/USD
Credit Amnt 128,380.00/USD
Debit Name ADM COCOA PTE
Debit Account DDA/30533414
Credit Name OFAC SUNDRIES
Credit Account HGL/751262
BORD Name ADM COCOA PTE, LTD.
UBNF Name PT AGRIKOM INDONUSA ABADI
.
Good Day,
.
Good day,
.
Regarding the item described above,Please be
advised that the funds are held in OFAC as
instructed by the Citigroup Corporate Litigation
Group to hold the funds due to the maritime writ
of attachment against "ADM Coc . Ltd.". We will
continue to hold funds pending further instruction
from Citigroup Corporate Litigation Group.
.
REGARDS, CITIBANK GLOBAL INVESTIGATIONS.
OUR REF CITI1089507MAR08

E-MAIL CONFIDENTIALITY CLAUSE:
The information contained in this electronic message and any attachments

3

(the "Message") is intended for one or more specific individuals or
entities, and may be confidential, proprietary, privileged or otherwise
protected by law. If you are not the intended recipient, please notify
the
sender immediately, delete this Message and do not disclose, distribute,
or
copy it to any third party or otherwise use this Message. Electronic
messages are not secure or error free and can contain viruses or may be
delayed, and the sender is not liable for any of these occurrences.
Citigroup and its affiliates have no responsibility for unauthorized
access
and/or alteration to this communication, nor for any consequence based
on
or arising from your use of information that may have been accessed or
altered by any person. The sender reserves the right to monitor, record
and retain electronic messages.


CONFIDENTIALITY NOTICE:
        This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law.  If the
reader of this message is not the intended recipient or the employee or
agent responsible for delivering this message to the intended recipient,
you are hereby notified that any dissemination, distribution or copying
of this communication is strictly prohibited.  If you have received this
communication in error, please notify us immediately by email reply.

**Kenney, Fred**

| | |
|---|---|
| **From:** | Joseph, Toks |
| **Sent:** | Tuesday, March 11, 2008 11:45 AM |
| **To:** | Kenney, Fred; Hopp, Dr. Klaus-Peter |
| **Cc:** | Roberts, Scott; Bandler, Ron; Roney, Scott |
| **Subject:** | Fw: Cocoa PTE - OFAC Withholding USD payments |

Gentlemen,

Citi bank received a writ of attachment from the district court of New York. This is the reason for their witholding debits to the account. I have just spoken to them and the amount of the writ has been satisfied so debits have resumed.

There was obviously a miscommunication issue by Citi bank as there was never an OFAC issue

*** Fred , Peter i have requested a copy of the writ and will forward it to you as soon as i get it.

Toks
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Roney, Scott
To: Joseph, Toks
Sent: Tue Mar 11 09:20:31 2008
Subject: FW: Cocoa PTE - OFAC Withholding USD payments

FYI... another minor communication on this.




-----Original Message-----
From: Kane, Robert J [mailto:robert.j.kane@citi.com]
Sent: Tuesday, March 11, 2008 9:00 AM
To: Bandler, Ron
Cc: Roney, Scott; Chrzan, Barbara
Subject: RE: Cocoa PTE - OFAC Withholding USD payments

Barbara and I will get on it asap.

-----Original Message-----
From: Bandler, Ron [mailto:Bandler@admworld.com]
Sent: Tuesday, March 11, 2008 9:58 AM
To: Kane, Robert J [CMB-GBKG]
Cc: Roney, Scott
Subject: FW: Cocoa PTE - OFAC Withholding USD payments

Bob - Here is the email I mentioned.  If you could find out more details on what it is that Citibank has received from OFAC, we would appreciate it.

Regards,
Ron

-----Original Message-----
From: Ostermann, Douglas
Sent: Tuesday, March 11, 2008 4:41 AM
To: Bandler, Ron
Cc: Hudson, Rachel

1

Subject: FW: Cocoa PTE - OFAC Withholding USD payments

Ron,

Any specifics on the lawsuit or the notification that Citibank received would be helpful.  Perhaps you can address this with Bob Kane?

Doug

-----Original Message-----
From: Hudson, Rachel
Sent: Tuesday, March 11, 2008 10:37 AM
To: Bandler, Ron
Cc: Ostermann, Douglas; Murphy, Derry
Subject: Cocoa PTE - OFAC Withholding USD payments

Hi Ron,
We don't have a lot of details on this matter, but Derry suggested that we notify you that OFAC has flagged ADM Cocoa PTE's USD account at Citi and has instructed Citi to stop all payments out of this account. Citi told Noel over the phone that the flag was a result of a pending lawsuit against PTE, but they would not put that information in writing.  We've notified Peter Hopp.  In the meantime USD payments will be paid out of RTC's account instead (Peter has approved this).
-Rachel

-----Original Message-----
From: O'Donovan, Noel
Sent: Monday, March 10, 2008 5:38 PM
To: Lim, Bee Leng
Cc: O'Keeffe, Rachel; O'Donovan, Noel; FINCO
Subject: RE: *_1089507MAR08_*Ofac Hit

Hi Bee Leng,

I have just been informed by CITI that there is a lawsuit against Cocoa PTE and all payments will be held until the litigation is cleared. I was told the lawsuit is for 2.3M and the plaintiff is National Ability SA. CITI have no further information and cannot fund any payments from Cocoa PTE. Please advise as to further action or let me know if you have any other information,

Regards,
Noel

-----Original Message-----
From: Lim, Bee Leng
Sent: 10 March 2008 11:54
To: O'Donovan, Noel
Subject: RE: *_1089507MAR08_*Ofac Hit

Hi Noel,
I think it might be somewhere goes wrong on Citibank. Coz these are all the regular vendor and they never change any bank details recently. Just for your info, I had rec'd a couple of vendors call up why my payment to them on 6 Mar, they could not rec'd the fund on last Friday and even today also.

Now you forward me the PT Agrikom , remind me that PT Agrikom is one of the vendor who call me today . Another vendor call me up is Deboom for the amount of USD 148402.75.

Kindly let Citibank aware about this.
Thank you very much.

Regards
BL

2

```
-----Original Message-----
From: O'Donovan, Noel
Sent: Monday, March 10, 2008 7:47 PM
To: Lim, Bee Leng
Subject: FW: *_1089507MAR08_*Ofac Hit


FYI

-----Original Message-----
From: GLOBAL.INVESTIGATIONS [mailto:global.investigations@citi.com]
Sent: 08 March 2008 07:29
To: FINCO
Subject: *_1089507MAR08_*Ofac Hit


Citibank e-mail for your reference
000032330003 726
Value Date 06-MAR-08
Originator Ref 000032330003 726
Global ID LCT80660200500
Debit Amnt 128,380.00/USD
Credit Amnt 128,380.00/USD
Debit Name ADM COCOA PTE
Debit Account DDA/30533414
Credit Name OFAC SUNDRIES
Credit Account HGL/751262
BORD Name ADM COCOA PTE, LTD.
UBNF Name PT AGRIKOM INDONUSA ABADI
.
Good Day,
.
Good day,
.
Regarding the item described above,Please be
advised that the funds are held in OFAC as
instructed by the Citigroup Corporate Litigation
Group to hold the funds due to the maritime writ
of attachment against &#8220;ADM Coc . Ltd.&#8221;. We will
continue to hold funds pending further instruction
from Citigroup Corporate Litigation Group.
.
REGARDS, CITIBANK GLOBAL INVESTIGATIONS.
OUR REF CITI1089507MAR08

E-MAIL CONFIDENTIALITY CLAUSE:
The information contained in this electronic message and any attachments
(the "Message") is intended for one or more specific individuals or
entities, and may be confidential, proprietary, privileged or otherwise
protected by law. If you are not the intended recipient, please notify
the
sender immediately, delete this Message and do not disclose, distribute,
or
copy it to any third party or otherwise use this Message. Electronic
messages are not secure or error free and can contain viruses or may be
delayed, and the sender is not liable for any of these occurrences.
Citigroup and its affiliates have no responsibility for unauthorized
access
and/or alteration to this communication, nor for any consequence based
on
or arising from your use of information that may have been accessed or
altered by any person. The sender reserves the right to monitor, record
and retain electronic messages.
```

3

CONFIDENTIALITY NOTICE:
        This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law.  If the
reader of this message is not the intended recipient or the employee or
agent responsible for delivering this message to the intended recipient,
you are hereby notified that any dissemination, distribution or copying
of this communication is strictly prohibited.  If you have received this
communication in error, please notify us immediately by email reply.

**Kenney, Fred**

---

| | |
|---|---|
| **From:** | Ravi Chabbra [r-chhabra@tinnagroup.com] |
| **Sent:** | Friday, March 14, 2008 3:01 AM |
| **To:** | Reitter, Christian; Kenney, Fred |
| **Cc:** | Hopp, Dr. Klaus-Peter; Blum, Katrin; Gaurav Sekhri; T.P Shenoy; Chong, P K |
| **Subject:** | Re: Potato Case dated 1998 against Tinna Finex Ltd |

Hello Fred
We have sent you a set of docuemtns at addrees (ADM 4666, FARIES PARKWAY DECATUR ILLINOIS USA) by
DHL no 1377182763 Dated 13 March 2008.
If you need any further inf please let us know.
Thanks & Regards
Ravi Chhabra

----- Original Message -----
**From:** Reitter, Christian
**To:** r-chhabra@tinnagroup.com
**Cc:** Kenney, Fred ; Hopp, Dr. Klaus-Peter ; Blum, Katrin
**Sent:** Thursday, March 13, 2008 2:56 PM
**Subject:** AW: Potato Case dated 1998 against Tinna Finex Ltd

Dear RC,

Please send a similar set of copies express to Fred Kenney in Decatur.

Thank you.

Best,

Chrisitan

---

**Von:** Blum, Katrin
**Gesendet:** Donnerstag, 13. März 2008 09:31
**An:** Reitter, Christian
**Betreff:** WG: Potato Case dated 1998 against Tinna Finex Ltd

Zur Info

---

**Von:** Ravi Chabbra [mailto:r-chhabra@tinnagroup.com]
**Gesendet:** Donnerstag, 13. März 2008 08:13
**An:** Gaurav Sekhri
**Cc:** Chong, P K; Blum, Katrin; T.P Shenoy
**Betreff:** Re: Potato Case dated 1998 against Tinna Finex Ltd

Dear Sir,
We have sent to Mr P K Chong , Singapore(DHL1377889634 dtd 12th March)  & Dr Peter Hopp, Hamburg
Germany (DHL 1377889645) following documents. Kindly advise where to send similar set in USA
  1. Complaint Filed by Claimant at USA(Received by us thru Fax on 11 & 12 th March 2008)
  2. Arbitration Award Dated 19th November 1998 and other papers filed in Indian Court, during
     the course of execution petition.

3. Copy of High Court order dated 7th November 1997 regarding the restructuring of Tinna Oils & Chemicals Ltd, whereby all the liabilities/pending claim relating to transaction prior to restructuring got transferred to Tinna Finex Ltd.
4.    Shareholders Agreement between Tinna & ADM.

Regards
RC

----- Original Message -----
**From:** Ravi Chabbra
**To:** Chong, P K ; Hopp, Dr. Klaus-Peter
**Cc:** g-sekhri@tinnagroup.com ; TP SHENOY ; baroota_csp@yahoo.co.in ; Ajay Baroota ; Katrin Blum Germany
**Sent:** Wednesday, March 12, 2008 6:45 PM
**Subject:** Re: Potato Case dated 1998 against Tinna Finex Ltd

Dear Sir,
Today, 12 th March we received some more fax (page 33 to 73) enclosed herewith.Page 33-38 is verified compalints which is Dated November 9, 2007. Yesterday we received "AMENDED VERIFIED COMPLAINTS" (Page 6 TO 18) which is dated February 28 , 2008.
Thanks & Regards
R Chhabra

----- Original Message -----
**From:** Ravi Chabbra
**To:** Chong, P K ; Hopp, Dr. Klaus-Peter
**Cc:** g-sekhri@tinnagroup.com ; TP SHENOY ; baroota_csp@yahoo.co.in
**Sent:** Wednesday, March 12, 2008 2:49 PM
**Subject:** Re: Potato Case dated 1998 against Tinna Finex Ltd

Dear Sir,
Pls find enclosed herewith copy of  complaint (32 pages) which we received by fax on 11th March2008.
Thanks & Regards
R.Chhabra

----- Original Message -----
**From:** Chong, P K
**To:** g-sekhri@tinnagroup.com ; TP SHENOY ; RAVI CHHABRA ; baroota_csp@yahoo.co.in
**Cc:** g-sekhri@tinnagroup.com ; Hopp, Dr. Klaus-Peter
**Sent:** Wednesday, March 12, 2008 8:53 AM
**Subject:** 答复: Potato Case dated 1998 against Tinna Finex Ltd

Hi GV, Chhabra,

As spoken, can you please scan a copy of the notice from the "claimants" to Peter and myself immediately?

Regards,


PK

---

**From:** GVS [mailto:g-sekhri@tinnagroup.com]
**Sent:** 2008-3-12 (星期三) 1:22
**To:** Chong, P K; 'TP SHENOY'; RAVI CHHABRA; baroota_csp@yahoo.co.in
**Cc:** g-sekhri@tinnagroup.com
**Subject:** Potato Case dated 1998 against Tinna Finex Ltd

Dear PK:

As you are aware, we have had this long pending case going on which is in reference to merchant exports undertaken by TOCL in 1995/6 (before our JV took place).

In reference to same, while the case is going on in Delhi High Court, the claimants, a company called National Ability SA has filed a petition in the District Court of New York. We came to know about this today morning when we saw a fax recd from the claimants attorneys in New York. We will send you same for your reference. National Ability has filed a malafide petition making a story that TOCL, TAIL, Tinna Finex, ADM Cocoa, ADM Interoceanic etc…are all part of "TINNA GROUP" or "it is one group with same beneficiary". It seems that the district Court has awarded them an ex parte stay. The order recd, mentions some sums of money, totaling approx usd1 Million, which is supposedly in bank accounts of Citibank and HSBC, however no account numbers are mentioned. therefore we don't know who this money belongs to (whether TOCL or TAIL or ADM Cocoa etc…).

The Court has given us 30 days to respond.

I have consulted our lawyer in Delhi, who is handling this matter before the high Court since 1998. his legal opinion is attached herewith. His opinion is very clear that this order from NY is not maintainable and we will surely succeed in getting it quashed, but it has to be challenged there.

Kindly go thru the same and call me. I'll be taking a flight at 9.30am, so my phone will off until between 9.30 and 12.30 tomorrow morning, India time.

Warm regards
GV

---

**From:** Sudhir Nandrajog [mailto:sudhirnandrajog@gmail.com]
**Sent:** Tuesday, March 11, 2008 8:01 PM
**To:** g-sekhri@tinnagroup.com
**Subject:** from Sudhir Nandrajog

CONFIDENTIALITY NOTICE:
This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by email reply.

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.5.516 / Virus Database: 269.21.3/1308 - Release Date: 3/3/2008 10:01 AM

Die Pflichtangaben zu den Europaeischen Gesellschaften der ADM-Gruppe finden Sie unter folgendem Link:

The mandatory information on European companies in the ADM Group can be found under the following link:

De verplichte informatie met betrekking tot de Europese bedrijven

03/14/2008

van het ADM concern vindt u onder de volgende hyperlink:

http://www.admworld.com/germanstatutory

CONFIDENTIALITY NOTICE:
This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by email reply.

---

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.5.516 / Virus Database: 269.21.3/1308 - Release Date: 3/3/2008 10:01 AM

**Kenney, Fred**

| | |
|---|---|
| **From:** | Reitter, Christian |
| **Sent:** | Friday, March 14, 2008 5:04 AM |
| **To:** | Kenney, Fred |
| **Cc:** | Hopp, Dr. Klaus-Peter; Chong, P K |
| **Subject:** | AW: Fw: Potato Case dated 1998 against Tinna Finex Ltd |


Fred:

PK just pointed out to me and wanted me to share with you that the summons (page 2 of the
hardcopy you are about to receive) date 02/28/2008.

PK:

Would you know when this summons has been served which will be crucial for computing the
30 days we have to answer the complaint.


Best,

Christian Reitter

Office       +41 21 702 8755
Mobile       +41 79 82 05 388

-----Ursprüngliche Nachricht-----
Von: Kenney, Fred
Gesendet: Mittwoch, 12. März 2008 22:50
An: Reitter, Christian
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Chong, P K; Joseph,
Toks; Ostermann, Douglas
Betreff: RE: Fw: Potato Case dated 1998 against Tinna Finex Ltd

I have spoken briefly with Toks about this matter. Niether he nor I are aware of the
background facts. To allow for action to be taken in the New York court, I need someone to
provide a detail of the background facts leading to issuance of the writ. I have been
travelling this week and will not be back in the office until Friday. I will await further
information. Fred

-----Original Message-----
From: Reitter, Christian
Sent: Wednesday, March 12, 2008 8:15 AM
To: Kenney, Fred
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Chong, P K; Joseph,
Toks; Ostermann, Douglas
Subject: AW: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Fred,

We have a lawsuit pending in the Delhi High Court with National Ability SA as plaintiff
and ADM Interoceanic Ltd., ADM Cocoa Pte Ltd., and ADM Singapore PTE Ltd. involved.

Pursuant to an Ex Parte Order of Maritime Attachment and Garnishment by the New York
District Court our property was attached at Citibank in an amount of approximately $ 1
million and at HSBC in an amount of approximately $ 40,000.

We would need the New York District Court's decision challenged.

I understand that Toks Joseph knows about the case.

Thanks for your help.

Kind regards,

Christian Reitter


-----Ursprüngliche Nachricht-----
Von: Hopp, Dr. Klaus-Peter
Gesendet: Mittwoch, 12. März 2008 12:18
An: Chong, P K; Reitter, Christian
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia
Betreff: AW: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Hi PK.

Christian will contact Fred Kenney at Legal Decatur to sort this out promptly.

Regards
Peter


-----Original Message-----
From: Chong, P K
To: Hopp, Dr. Klaus-Peter
CC: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia
Sent: Wed Mar 12 01:04:46 2008
Subject: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Hi Peter,

This is really rediculous! ADM has nothing to do with this case. I do not know how the US court can simply issue such order?

Plse advise what Cocoa should do immediately to release this?

Regards,

PK

----- Original Message -----
From: GVS <g-sekhri@tinnagroup.com>
To: Chong, P K; 'TP SHENOY' <p-shenoy@tinnagroup.com>; RAVI CHHABRA <r-chhabra@tinnagroup.com>; baroota_csp@yahoo.co.in <baroota_csp@yahoo.co.in>
Cc: g-sekhri@tinnagroup.com <g-sekhri@tinnagroup.com>
Sent: Wed Mar 12 01:22:27 2008
Subject: Potato Case dated 1998 against Tinna Finex Ltd

Dear PK:


As you are aware, we have had this long pending case going on which is in reference to merchant exports undertaken by TOCL in 1995/6 (before our JV took place).


In reference to same, while the case is going on in Delhi High Court, the claimants, a company called National Ability SA has filed a petition in the District Court of New York. We came to know about this today morning when we saw a fax recd from the claimants attorneys in New York. We will send you same for your reference. National Ability has filed a malafide petition making a story that TOCL, TAIL, Tinna Finex, ADM Cocoa, ADM Interoceanic etc…are all part of "TINNA GROUP" or "it is one group with same beneficiary". It seems that the district Court has awarded them an ex parte stay. The order recd, mentions some sums of money, totaling approx usd1 Million, which is supposedly in bank accounts of Citibank and HSBC, however no account numbers are mentioned. therefore we don't know who this money belongs to (whether TOCL or TAIL or ADM Cocoa etc…).

2

The Court has given us 30 days to respond.


I have consulted our lawyer in Delhi, who is handling this matter before the high Court since 1998. his legal opinion is attached herewith. His opinion is very clear that this order from NY is not maintainable and we will surely succeed in getting it quashed, but it has to be challenged there.


Kindly go thru the same and call me. I'll be taking a flight at 9.30am, so my phone will off until between 9.30 and 12.30 tomorrow morning, India time.


Warm regards

GV


_____

From: Sudhir Nandrajog [mailto:sudhirnandrajog@gmail.com]
Sent: Tuesday, March 11, 2008 8:01 PM
To: g-sekhri@tinnagroup.com
Subject: from Sudhir Nandrajog

**Kenney, Fred**

| | |
|---|---|
| **From:** | Reitter, Christian |
| **Sent:** | Friday, March 14, 2008 5:04 AM |
| **To:** | Kenney, Fred |
| **Cc:** | Hopp, Dr. Klaus-Peter; Chong, P K |
| **Subject:** | AW: Fw: Potato Case dated 1998 against Tinna Finex Ltd |

Fred:

PK just pointed out to me and wanted me to share with you that the summons (page 2 of the hardcopy you are about to receive) date 02/28/2008.

PK:

Would you know when this summons has been served which will be crucial for computing the 30 days we have to answer the complaint.


Best,

Christian Reitter

Office      +41 21 702 8755
Mobile      +41 79 82 05 388

-----Ursprüngliche Nachricht-----
Von: Kenney, Fred
Gesendet: Mittwoch, 12. März 2008 22:50
An: Reitter, Christian
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Chong, P K; Joseph,
Toks; Ostermann, Douglas
Betreff: RE: Fw: Potato Case dated 1998 against Tinna Finex Ltd

I have spoken briefly with Toks about this matter. Niether he nor I are aware of the background facts. To allow for action to be taken in the New York court, I need someone to provide a detail of the background facts leading to issuance of the writ. I have been travelling this week and will not be back in the office until Friday. I will await further information. Fred

-----Original Message-----
From: Reitter, Christian
Sent: Wednesday, March 12, 2008 8:15 AM
To: Kenney, Fred
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Chong, P K; Joseph,
Toks; Ostermann, Douglas
Subject: AW: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Fred,

We have a lawsuit pending in the Delhi High Court with National Ability SA as plaintiff and ADM Interoceanic Ltd., ADM Cocoa Pte Ltd., and ADM Singapore PTE Ltd. involved.

Pursuant to an Ex Parte Order of Maritime Attachment and Garnishment by the New York District Court our property was attached at Citibank in an amount of approximately $ 1 million and at HSBC in an amount of approximately $ 40,000.

We would need the New York District Court's decision challenged.

I understand that Toks Joseph knows about the case.

Thanks for your help.

1

Kind regards,

Christian Reitter


-----Ursprüngliche Nachricht-----
Von: Hopp, Dr. Klaus-Peter
Gesendet: Mittwoch, 12. März 2008 12:18
An: Chong, P K; Reitter, Christian
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia
Betreff: AW: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Hi PK.

Christian will contact Fred Kenney at Legal Decatur to sort this out promptly.


Regards
Peter


-----Original Message-----
From: Chong, P K
To: Hopp, Dr. Klaus-Peter
CC: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia
Sent: Wed Mar 12 01:04:46 2008
Subject: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Hi Peter,

This is really rediculous! ADM has nothing to do with this case. I do not know how the US
court can simply issue such order?

Plse advise what Cocoa should do immediately to release this?

Regards,

PK

----- Original Message -----
From: GVS <g-sekhri@tinnagroup.com>
To: Chong, P K; 'TP SHENOY' <p-shenoy@tinnagroup.com>; RAVI CHHABRA <r-
chhabra@tinnagroup.com>; baroota_csp@yahoo.co.in <baroota_csp@yahoo.co.in>
Cc: g-sekhri@tinnagroup.com <g-sekhri@tinnagroup.com>
Sent: Wed Mar 12 01:22:27 2008
Subject: Potato Case dated 1998 against Tinna Finex Ltd

Dear PK:


As you are aware, we have had this long pending case going on which is in reference to
merchant exports undertaken by TOCL in 1995/6 (before our JV took place).


In reference to same, while the case is going on in Delhi High Court, the claimants, a
company called National Ability SA has filed a petition in the District Court of New York.
We came to know about this today morning when we saw a fax recd from the claimants
attorneys in New York. We will send you same for your reference. National Ability has
filed a malafide petition making a story that TOCL, TAIL, Tinna Finex, ADM Cocoa, ADM
Interoceanic etc…are all part of "TINNA GROUP" or "it is one group with same beneficiary".
It seems that the district Court has awarded them an ex parte stay. The order recd,
mentions some sums of money, totaling approx usd1 Million, which is supposedly in bank
accounts of Citibank and HSBC, however no account numbers are mentioned. therefore we
don't know who this money belongs to (whether TOCL or TAIL or ADM Cocoa etc…).

The Court has given us 30 days to respond.


I have consulted our lawyer in Delhi, who is handling this matter before the high Court since 1998. his legal opinion is attached herewith. His opinion is very clear that this order from NY is not maintainable and we will surely succeed in getting it quashed, but it has to be challenged there.


Kindly go thru the same and call me. I'll be taking a flight at 9.30am, so my phone will off until between 9.30 and 12.30 tomorrow morning, India time.


Warm regards

GV


_____

From: Sudhir Nandrajog [mailto:sudhirnandrajog@gmail.com]
Sent: Tuesday, March 11, 2008 8:01 PM
To: g-sekhri@tinnagroup.com
Subject: from Sudhir Nandrajog

## Kenney, Fred

| | |
|---|---|
| **From:** | Reitter, Christian |
| **Sent:** | Friday, March 14, 2008 5:06 AM |
| **To:** | 'g-sekhri@tinnagroup.com'; Chong, P K; Kenney, Fred |
| **Cc:** | Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Joseph, Toks; Ostermann, Douglas |
| **Subject:** | AW: Fw: Potato Case dated 1998 against Tinna Finex Ltd |

We are certainly defendants in the US civil suit (c.f. inter alia pages 6, 35-39, 64-67 of the hardcopy).

Best,

Christian

---

**Von:** GVS [mailto:g-sekhri@tinnagroup.com]
**Gesendet:** Donnerstag, 13. März 2008 04:17
**An:** Chong, P K; Kenney, Fred; Reitter, Christian
**Cc:** Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Joseph, Toks; Ostermann, Douglas
**Betreff:** RE: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Hello Fred:

Pl advice what you would like from me. I'm attaching a brief synopsis for your reference and another word file with some basic relevant facts. Just to make one correction from a statement written by Christian - In India this matter has been pending in Delhi high court since almost 10 years and it does not involve any of the ADM cocoa companies or ADM Interoceanic. Therefore, getting a stay on ADM assets in this case is completely unjustified.

I have already sent by courier hard copy of all legal proceedings in India to PK and another set to Peter in Germany. My mobile number is the best to call me on, its +91 98100 03855. pl feel free to call me anytime.

Warm regards
GV

---

**From:** Chong, P K [mailto:PKChong@admworld.com]
**Sent:** Thursday, March 13, 2008 5:13 AM
**To:** Kenney, Fred; Reitter, Christian
**Cc:** Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Joseph, Toks; Ostermann, Douglas; g-sekhri@tinnagroup.com
**Subject:** Re: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Hi Fed,

GV is the key person in Tinna familiar with the whole case and I am sure he would be happy to assist.

In fact there are a couple of documents attached to the earlier e-mails. Anyway, by copying this e-mail to GV, I expect GV to quickly respond to Fred.

Regards,

PK

03/14/2008

----- Original Message -----
From: Kenney, Fred
To: Reitter, Christian
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Chong, P K; Joseph, Toks; Ostermann, Douglas
Sent: Thu Mar 13 05:50:29 2008
Subject: RE: Fw: Potato Case dated 1998 against Tinna Finex Ltd

I have spoken briefly with Toks about this matter. Niether he nor I are aware of the background facts. To allow for action to be taken in the New York court, I need someone to provide a detail of the background facts leading to issuance of the writ. I have been travelling this week and will not be back in the office until Friday. I will await further information. Fred

-----Original Message-----
From: Reitter, Christian
Sent: Wednesday, March 12, 2008 8:15 AM
To: Kenney, Fred
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Chong, P K; Joseph, Toks; Ostermann, Douglas
Subject: AW: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Fred,

We have a lawsuit pending in the Delhi High Court with National Ability SA as plaintiff and ADM Interoceanic Ltd., ADM Cocoa Pte Ltd., and ADM Singapore PTE Ltd. involved.

Pursuant to an Ex Parte Order of Maritime Attachment and Garnishment by the New York District Court our property was attached at Citibank in an amount of approximately $ 1 million and at HSBC in an amount of approximately $ 40,000.

We would need the New York District Court's decision challenged.

I understand that Toks Joseph knows about the case.

Thanks for your help.

Kind regards,

Christian Reitter


-----Ursprüngliche Nachricht-----
Von: Hopp, Dr. Klaus-Peter
Gesendet: Mittwoch, 12. März 2008 12:18
An: Chong, P K; Reitter, Christian
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia
Betreff: AW: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Hi PK.

Christian will contact Fred Kenney at Legal Decatur to sort this out promptly.

Regards
Peter


-----Original Message-----
From: Chong, P K
To: Hopp, Dr. Klaus-Peter
CC: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia
Sent: Wed Mar 12 01:04:46 2008
Subject: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Hi Peter,

03/14/2008

This is really rediculous! ADM has nothing to do with this case. I do not know how the US court can simply issue such order?

Plse advise what Cocoa should do immediately to release this?

Regards,

PK

----- Original Message -----
From: GVS <g-sekhri@tinnagroup.com>
To: Chong, P K; 'TP SHENOY' <p-shenoy@tinnagroup.com>; RAVI CHHABRA <r-chhabra@tinnagroup.com>;
baroota_csp@yahoo.co.in <baroota_csp@yahoo.co.in>
Cc: g-sekhri@tinnagroup.com <g-sekhri@tinnagroup.com>
Sent: Wed Mar 12 01:22:27 2008
Subject: Potato Case dated 1998 against Tinna Finex Ltd

Dear PK:


As you are aware, we have had this long pending case going on which is in reference to merchant exports undertaken by TOCL in 1995/6 (before our JV took place).


In reference to same, while the case is going on in Delhi High Court, the claimants, a company called National Ability SA has filed a petition in the District Court of New York. We came to know about this today morning when we saw a fax recd from the claimants attorneys in New York. We will send you same for your reference. National Ability has filed a malafide petition making a story that TOCL, TAIL, Tinna Finex, ADM Cocoa, ADM Interoceanic etc…are all part of "TINNA GROUP" or "it is one group with same beneficiary". It seems that the district Court has awarded them an ex parte stay. The order recd, mentions some sums of money, totaling approx usd1 Million, which is supposedly in bank accounts of Citibank and HSBC, however no account numbers are mentioned. therefore we don't know who this money belongs to (whether TOCL or TAIL or ADM Cocoa etc…).


The Court has given us 30 days to respond.


I have consulted our lawyer in Delhi, who is handling this matter before the high Court since 1998. his legal opinion is attached herewith. His opinion is very clear that this order from NY is not maintainable and we will surely succeed in getting it quashed, but it has to be challenged there.


Kindly go thru the same and call me. I'll be taking a flight at 9.30am, so my phone will off until between 9.30 and 12.30 tomorrow morning, India time.


Warm regards

GV

_____

03/14/2008

From: Sudhir Nandrajog [mailto:sudhirnandrajog@gmail.com]
Sent: Tuesday, March 11, 2008 8:01 PM
To: g-sekhri@tinnagroup.com
Subject: from Sudhir Nandrajog

CONFIDENTIALITY NOTICE:
This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by email reply.

03/14/2008

## Kenney, Fred

| | |
|---|---|
| **From:** | GVS [g-sekhri@tinnagroup.com] |
| **Sent:** | Wednesday, March 12, 2008 10:17 PM |
| **To:** | Chong, P K; Kenney, Fred; Reitter, Christian |
| **Cc:** | Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Joseph, Toks; Ostermann, Douglas |
| **Subject:** | RE: Fw: Potato Case dated 1998 against Tinna Finex Ltd |
| **Attachments:** | reefer case synopsis.doc; VALMIKI MEHTA TOCL POINTS.doc |

Hello Fred:

Pl advice what you would like from me. I'm attaching a brief synopsis for your reference and another word file with some basic relevant facts. Just to make one correction from a statement written by Christian - In India this matter has been pending in Delhi high court since almost 10 years and it does not involve any of the ADM cocoa companies or ADM Interoceanic. Therefore, getting a stay on ADM assets in this case is completely unjustified.

I have already sent by courier hard copy of all legal proceedings in India to PK and another set to Peter in Germany. My mobile number is the best to call me on, its +91 98100 03855. pl feel free to call me anytime.

Warm regards
GV

---

**From:** Chong, P K [mailto:PKChong@admworld.com]
**Sent:** Thursday, March 13, 2008 5:13 AM
**To:** Kenney, Fred; Reitter, Christian
**Cc:** Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Joseph, Toks; Ostermann, Douglas; g-sekhri@tinnagroup.com
**Subject:** Re: Fw: Potato Case dated 1998 against Tinna Finex Ltd


Hi Fed,

GV is the key person in Tinna familiar with the whole case and I am sure he would be happy to assist.

In fact there are a couple of documents attached to the earlier e-mails. Anyway, by copying this e-mail to GV, I expect GV to quickly respond to Fred.

Regards,

PK

----- Original Message -----
From: Kenney, Fred
To: Reitter, Christian
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Chong, P K; Joseph, Toks; Ostermann, Douglas
Sent: Thu Mar 13 05:50:29 2008
Subject: RE: Fw: Potato Case dated 1998 against Tinna Finex Ltd

I have spoken briefly with Toks about this matter. Niether he nor I are aware of the background facts. To allow for action to be taken in the New York court, I need someone to provide a detail of the background facts leading to issuance of the writ. I have been travelling this week and will not be back in the office until Friday. I will await further information. Fred

-----Original Message-----
From: Reitter, Christian

03/14/2008

Sent: Wednesday, March 12, 2008 8:15 AM
To: Kenney, Fred
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Chong, P K; Joseph, Toks; Ostermann, Douglas
Subject: AW: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Fred,

We have a lawsuit pending in the Delhi High Court with National Ability SA as plaintiff and ADM Interoceanic Ltd., ADM Cocoa Pte Ltd., and ADM Singapore PTE Ltd. involved.

Pursuant to an Ex Parte Order of Maritime Attachment and Garnishment by the New York District Court our property was attached at Citibank in an amount of approximately $ 1 million and at HSBC in an amount of approximately $ 40,000.

We would need the New York District Court's decision challenged.

I understand that Toks Joseph knows about the case.

Thanks for your help.

Kind regards,

Christian Reitter


-----Ursprüngliche Nachricht-----
Von: Hopp, Dr. Klaus-Peter
Gesendet: Mittwoch, 12. März 2008 12:18
An: Chong, P K; Reitter, Christian
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia
Betreff: AW: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Hi PK.

Christian will contact Fred Kenney at Legal Decatur to sort this out promptly.

Regards
Peter


-----Original Message-----
From: Chong, P K
To: Hopp, Dr. Klaus-Peter
CC: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia
Sent: Wed Mar 12 01:04:46 2008
Subject: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Hi Peter,

This is really rediculous! ADM has nothing to do with this case. I do not know how the US court can simply issue such order?

Plse advise what Cocoa should do immediately to release this?

Regards,

PK

----- Original Message -----
From: GVS <g-sekhri@tinnagroup.com>
To: Chong, P K; 'TP SHENOY' <p-shenoy@tinnagroup.com>; RAVI CHHABRA <r-chhabra@tinnagroup.com>;
baroota_csp@yahoo.co.in <baroota_csp@yahoo.co.in>

03/14/2008

Cc: g-sekhri@tinnagroup.com <g-sekhri@tinnagroup.com>
Sent: Wed Mar 12 01:22:27 2008
Subject: Potato Case dated 1998 against Tinna Finex Ltd

Dear PK:


As you are aware, we have had this long pending case going on which is in reference to merchant exports undertaken by
TOCL in 1995/6 (before our JV took place).


In reference to same, while the case is going on in Delhi High Court, the claimants, a company called National Ability SA
has filed a petition in the District Court of New York. We came to know about this today morning when we saw a fax recd
from the claimants attorneys in New York. We will send you same for your reference. National Ability has filed a malafide
petition making a story that TOCL, TAIL, Tinna Finex, ADM Cocoa, ADM Interoceanic etc…are all part of "TINNA
GROUP" or "it is one group with same beneficiary". It seems that the district Court has awarded them an ex parte stay. The
order recd, mentions some sums of money, totaling approx usd1 Million, which is supposedly in bank accounts of Citibank
and HSBC, however no account numbers are mentioned. therefore we don't know who this money belongs to (whether
TOCL or TAIL or ADM Cocoa etc…).


The Court has given us 30 days to respond.


I have consulted our lawyer in Delhi, who is handling this matter before the high Court since 1998. his legal opinion is
attached herewith. His opinion is very clear that this order from NY is not maintainable and we will surely succeed in getting
it quashed, but it has to be challenged there.


Kindly go thru the same and call me. I'll be taking a flight at 9.30am, so my phone will off until between 9.30 and 12.30
tomorrow morning, India time.


Warm regards

GV


_____

From: Sudhir Nandrajog [mailto:sudhirnandrajog@gmail.com]
Sent: Tuesday, March 11, 2008 8:01 PM
To: g-sekhri@tinnagroup.com
Subject: from Sudhir Nandrajog



CONFIDENTIALITY NOTICE:
This message is intended for the use of the individual or entity to which it is addressed and may contain
information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader of this message is not the


03/14/2008

intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately by email reply.

**Kenney, Fred**

| | |
|---|---|
| **From:** | Chong, P K |
| **Sent:** | Wednesday, March 12, 2008 6:43 PM |
| **To:** | Kenney, Fred; Reitter, Christian |
| **Cc:** | Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Joseph, Toks; Ostermann, Douglas; 'g-sekhri@tinnagroup.com' |
| **Subject:** | Re: Fw: Potato Case dated 1998 against Tinna Finex Ltd |

Hi Fed,

GV is the key person in Tinna familiar with the whole case and I am sure he would be happy to assist.

In fact there are a couple of documents attached to the earlier e-mails. Anyway, by copying this e-mail to GV, I expect GV to quickly respond to Fred.

Regards,

PK

----- Original Message -----
From: Kenney, Fred
To: Reitter, Christian
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Chong, P K; Joseph, Toks; Ostermann, Douglas
Sent: Thu Mar 13 05:50:29 2008
Subject: RE: Fw: Potato Case dated 1998 against Tinna Finex Ltd

I have spoken briefly with Toks about this matter. Niether he nor I are aware of the background facts. To allow for action to be taken in the New York court, I need someone to provide a detail of the background facts leading to issuance of the writ. I have been travelling this week and will not be back in the office until Friday. I will await further information. Fred

-----Original Message-----
From: Reitter, Christian
Sent: Wednesday, March 12, 2008 8:15 AM
To: Kenney, Fred
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Chong, P K; Joseph, Toks; Ostermann, Douglas
Subject: AW: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Fred,

We have a lawsuit pending in the Delhi High Court with National Ability SA as plaintiff and ADM Interoceanic Ltd., ADM Cocoa Pte Ltd., and ADM Singapore PTE Ltd. involved.

Pursuant to an Ex Parte Order of Maritime Attachment and Garnishment by the New York District Court our property was attached at Citibank in an amount of approximately $ 1 million and at HSBC in an amount of approximately $ 40,000.

We would need the New York District Court's decision challenged.

I understand that Toks Joseph knows about the case.

Thanks for your help.

Kind regards,

Christian Reitter

-----Ursprüngliche Nachricht-----
Von: Hopp, Dr. Klaus-Peter
Gesendet: Mittwoch, 12. März 2008 12:18
An: Chong, P K; Reitter, Christian
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia
Betreff: AW: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Hi PK.

Christian will contact Fred Kenney at Legal Decatur to sort this out promptly.

Regards
Peter


-----Original Message-----
From: Chong, P K
To: Hopp, Dr. Klaus-Peter
CC: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia
Sent: Wed Mar 12 01:04:46 2008
Subject: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Hi Peter,

This is really rediculous! ADM has nothing to do with this case. I do not know how the US
court can simply issue such order?

Plse advise what Cocoa should do immediately to release this?

Regards,

PK

----- Original Message -----
From: GVS <g-sekhri@tinnagroup.com>
To: Chong, P K; 'TP SHENOY' <p-shenoy@tinnagroup.com>; RAVI CHHABRA <r-
chhabra@tinnagroup.com>; baroota_csp@yahoo.co.in <baroota_csp@yahoo.co.in>
Cc: g-sekhri@tinnagroup.com <g-sekhri@tinnagroup.com>
Sent: Wed Mar 12 01:22:27 2008
Subject: Potato Case dated 1998 against Tinna Finex Ltd

Dear PK:


As you are aware, we have had this long pending case going on which is in reference to
merchant exports undertaken by TOCL in 1995/6 (before our JV took place).


In reference to same, while the case is going on in Delhi High Court, the claimants, a
company called National Ability SA has filed a petition in the District Court of New York.
We came to know about this today morning when we saw a fax recd from the claimants
attorneys in New York. We will send you same for your reference. National Ability has
filed a malafide petition making a story that TOCL, TAIL, Tinna Finex, ADM Cocoa, ADM
Interoceanic etc…are all part of "TINNA GROUP" or "it is one group with same beneficiary".
It seems that the district Court has awarded them an ex parte stay. The order recd,
mentions some sums of money, totaling approx usd1 Million, which is supposedly in bank
accounts of Citibank and HSBC, however no account numbers are mentioned. therefore we
don't know who this money belongs to (whether TOCL or TAIL or ADM Cocoa etc…).


The Court has given us 30 days to respond.

I have consulted our lawyer in Delhi, who is handling this matter before the high Court since 1998. his legal opinion is attached herewith. His opinion is very clear that this order from NY is not maintainable and we will surely succeed in getting it quashed, but it has to be challenged there.


Kindly go thru the same and call me. I'll be taking a flight at 9.30am, so my phone will off until between 9.30 and 12.30 tomorrow morning, India time.


Warm regards

GV

---

From: Sudhir Nandrajog [mailto:sudhirnandrajog@gmail.com]
Sent: Tuesday, March 11, 2008 8:01 PM
To: g-sekhri@tinnagroup.com
Subject: from Sudhir Nandrajog

**Kenney, Fred**

| | |
|---|---|
| **From:** | Reitter, Christian |
| **Sent:** | Wednesday, March 12, 2008 8:15 AM |
| **To:** | Kenney, Fred |
| **Cc:** | Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia; Hopp, Dr. Klaus-Peter; Chong, P K; Joseph, Toks; Ostermann, Douglas |
| **Subject:** | AW: Fw: Potato Case dated 1998 against Tinna Finex Ltd |

Fred,

We have a lawsuit pending in the Delhi High Court with National Ability SA as plaintiff and ADM Interoceanic Ltd., ADM Cocoa Pte Ltd., and ADM Singapore PTE Ltd. involved.

Pursuant to an Ex Parte Order of Maritime Attachment and Garnishment by the New York District Court our property was attached at Citibank in an amount of approximately $ 1 million and at HSBC in an amount of approximately $ 40,000.

We would need the New York District Court's decision challenged.

I understand that Toks Joseph knows about the case.

Thanks for your help.

Kind regards,

Christian Reitter


-----Ursprüngliche Nachricht-----
Von: Hopp, Dr. Klaus-Peter
Gesendet: Mittwoch, 12. März 2008 12:18
An: Chong, P K; Reitter, Christian
Cc: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia
Betreff: AW: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Hi PK.

Christian will contact Fred Kenney at Legal Decatur to sort this out promptly.

Regards
Peter


-----Original Message-----
From: Chong, P K
To: Hopp, Dr. Klaus-Peter
CC: Yeo Kheng Chye; Yeo,Hwee Hoon Cecilia
Sent: Wed Mar 12 01:04:46 2008
Subject: Fw: Potato Case dated 1998 against Tinna Finex Ltd

Hi Peter,

This is really rediculous! ADM has nothing to do with this case. I do not know how the US court can simply issue such order?

Plse advise what Cocoa should do immediately to release this?

Regards,

PK

----- Original Message -----

1

From: GVS <g-sekhri@tinnagroup.com>
To: Chong, P K; 'TP SHENOY' <p-shenoy@tinnagroup.com>; RAVI CHHABRA <r-chhabra@tinnagroup.com>; baroota_csp@yahoo.co.in <baroota_csp@yahoo.co.in>
Cc: g-sekhri@tinnagroup.com <g-sekhri@tinnagroup.com>
Sent: Wed Mar 12 01:22:27 2008
Subject: Potato Case dated 1998 against Tinna Finex Ltd

Dear PK:


As you are aware, we have had this long pending case going on which is in reference to merchant exports undertaken by TOCL in 1995/6 (before our JV took place).


In reference to same, while the case is going on in Delhi High Court, the claimants, a company called National Ability SA has filed a petition in the District Court of New York. We came to know about this today morning when we saw a fax recd from the claimants attorneys in New York. We will send you same for your reference. National Ability has filed a malafide petition making a story that TOCL, TAIL, Tinna Finex, ADM Cocoa, ADM Interoceanic etc…are all part of "TINNA GROUP" or "it is one group with same beneficiary". It seems that the district Court has awarded them an ex parte stay. The order recd, mentions some sums of money, totaling approx usd1 Million, which is supposedly in bank accounts of Citibank and HSBC, however no account numbers are mentioned. therefore we don't know who this money belongs to (whether TOCL or TAIL or ADM Cocoa etc…).


The Court has given us 30 days to respond.


I have consulted our lawyer in Delhi, who is handling this matter before the high Court since 1998. his legal opinion is attached herewith. His opinion is very clear that this order from NY is not maintainable and we will surely succeed in getting it quashed, but it has to be challenged there.


Kindly go thru the same and call me. I'll be taking a flight at 9.30am, so my phone will off until between 9.30 and 12.30 tomorrow morning, India time.


Warm regards

GV

_____

From: Sudhir Nandrajog [mailto:sudhirnandrajog@gmail.com]
Sent: Tuesday, March 11, 2008 8:01 PM
To: g-sekhri@tinnagroup.com
Subject: from Sudhir Nandrajog

**Kenney, Fred**

| | |
|---|---|
| **From:** | Mary E. Fedorchak [mfedorchak@lenmur.com] |
| **Sent:** | Monday, March 10, 2008 4:14 PM |
| **To:** | 12128325953@faxmail.com; India; 12125213264@faxmail.com; xramaritimeattachmen@barclayscapital.com; pmag@americas.bnpparibas.com; 12122613431@faxmail.com; Habib; 12124097303@faxmail.com; 16465024225@faxmail.com; jmiller@mw-law.com; lpiechocki@mw-law.com; jennifer.paley@ubs.com; pmag@zeklaw.com; Corner, Rodd [CMB-GCO]; aebpmag@zeklaw.com; 12126935040@faxmail.com; 12123827593@faxmail.com; 19174648069@faxmail.com; Mihalik, Mary B [CMB-GCO]; Legal.Service@us.standardchartered.com; wachovia |
| **Cc:** | 16464522001@faxmail.com; 12123768099@faxmail.com; 12123406170@faxmail.com |
| **Subject:** | National Ability S.A. v. Tinna Oils & Chemicals Ltd. and Tinna Finex Ltd. |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Attachments:** | Writ & Order 07cv9913.pdf |

**1233**
**Re:** **National Ability S.A. v. Tinna Oils & Chemicals Ltd. and Tinna Finex Ltd.,** *Tinna Group, Tinna Agro Industries Ltd., ADM Interoceanic Limited, ADM Cocoa PTE. LTD., and Archer Daniels Midland Singapore PTE LTD.*
Docket Number: 07 Civ. 9913
Our Reference Number: 07-1233

Ladies and Gentlemen:

  We represent the Plaintiff in the above-referenced action. Please see attached herewith for service a Writ of Maritime Attachment seeking to attach
$ 2,336,464.17 of the Defendant's assets, property, etc. in New York that are, or may soon be, in the hands of your respective banks. Should you have any questions or comments please feel free to contact our office to discuss the same.

  Thank you for your attention to the foregoing.

Sincerely,

Mary Fedorchak
Legal Assistant

/Enclosures

*Lennon, Murphy & Lennon, LLC*

Tide Mill Landing
2425 Post Road
Southport, CT 06890
(203) 256-8600
(203) 256-8615 fax

03/14/2008

The GrayBar Building
420 Lexington Ave, Suite 300
New York, NY 10170
(212) 490-6050
(212) 490-6070 fax

07-cv-09913-AKH
*Docket no.*

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Southern District of New York (or designated process server) - GREETINGS:

WHEREAS an Amended Verified Complaint has been filed in the United States District Court for the Southern District of New York on the 28th day of February 2008 by

**NATIONAL ABILITY S.A.,**

Plaintiff,

against

**TINNA OILS & CHEMICALS LTD., TINNA FINEX LTD., TINNA GROUP, TINNA AGRO INDUSTRIES LTD., ADM INTEROCEANIC LIMITED, ADM COCOA PTE. LTD., and ARCHER DANIELS MIDLAND SINGAPORE PTE LTD.,**

Defendants,

in a certain action for breach of maritime contract wherein it is alleged that there is due and owing from the Defendants to the said Plaintiff the amount of **$2,336,464.17** and praying for process of maritime attachment and garnishment against the said Defendants,

WHEREAS, this process is issued pursuant to such prayer and requires that a garnishee(s) shall serve their answer(s), together with answers to any interrogatories served with the Complaint, within 20 days after service of process upon him and requires that Defendants shall serve their answer(s) within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW, THEREFORE, we do hereby command you that if the said Defendants cannot be found within the District you attach goods and chattels to the amount sued for, and if such property cannot be found that you attach other property, credit and effects to the amount sued for in the hands of:

ABN Amro, American Express Bank, Bank of America, Bank of China, Bank of Communications, Bank of India, State Bank of India, Bank of New York, BNP Paribas, Barclay's Bank, Citibank, Calyon, Deutsche Bank, Fortis Bank, Habib Bank, HSBC Bank USA Bank, J.P. Morgan Chase, Societe Generale, Standard Chartered Bank, UBS, Union Bank of California International, and/or Wachovia Bank N.A.

to wit:: property, letters of credit, deposits, funds, credits, bills of lading, debts, settlement agreements, or other assets, tangible or intangible, in whatever form of:

**TINNA OILS & CHEMICALS LTD., TINNA FINEX LTD., TINNA GROUP, TINNA AGRO INDUSTRIES LTD., ADM INTEROCEANIC LIMITED, ADM COCOA PTE. LTD., and ARCHER DANIELS MIDLAND SINGAPORE PTE LTD.**

and that you promptly after execution of this process, file the same in this court with your return thereon.

WITNESS, the Honorable *Alvin K. Hellerstein*, Judge of said Court, this *28* day of February 2007, and of our Independence the two-hundred and thirty-second.

Lennon, Murphy & Lennon, LLC
Attorneys for Plaintiff
The Gray Bar Building
420 Lexington Ave., Suite 300
New York, NY 10170
Phone (212) 490-6050

J. MICHAEL McMAHON
Clerk

By: _____
Deputy Clerk

*NOTE: This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and/or New York Civil Practice Law and Rules, Article 62.*