AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

NATIONAL ABILITY S.A.,

Plaintiff,

- against -

TINNA OILS & CHEMICALS LTD., TINNA FINEX LTD., TINNA GROUP, TINNA AGRO INDUSTRIES LTD., ADM INTEROCEANIC LIMITED, ADM COCOA PTE. LTD. and ARCHER DANIELS MIDLAND SINGAPORE PTE LTD.;
Defendants.

APPEARANCE

Case Number: 07 CIV. 9913

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Tinna Oils & Chemicals Ltd.
and ADM Cocoa Pte. Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8-7-2008 | S/Kathryn M. Ryan |
| Date | Signature |
| | Kathryn M. Ryan    (KR 8359) |
| | Print Name    Bar Number |
| | 1114 Avenue of the Americas |
| | Address |
| | New York    New York    10036 |
| | City    State    Zip Code |
| | 212 626 4639    212 310 1600 |
| | Phone Number    Fax Number |