AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

NATIONAL ABILITY S.A.,

         Plaintiff,

    - against -

TINNA OILS & CHEMICALS LTD., TINNA FINEX
LTD., TINNA GROUP, TINNA AGRO INDUSTRIES
LTD., ADM INTEROCEANIC LIMITED, ADM
COCOA PTE. LTD. and ARCHER DANIELS
MIDLAND SINGAPORE PTE LTD.;
         Defendants.

**APPEARANCE**

Case Number:  07 CIV. 9913

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Tinna Oils & Chemicals Ltd.

and ADM Cocoa Pte. Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8-07-2008 | S/Christina M. Wilson |
| Date | Signature |
| | Christina M. Wilson     0076 |
| | Print Name     Bar Number |
| | 1114 Avenue of the Americas |
| | Address |
| | New York    New York    10036 |
| | City    State    Zip Code |
| | 212 626 4998     212 310 1600 |
| | Phone Number     Fax Number |